IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | * Civil No. JFM14CV3812 |
| | * |
| THREE REAL PROPERTIES AND ONE | * |
| DEED OF TRUST (Ramelmeier), | * |
| Defendants. | * |

...oooOooo...

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, the United States of America, through undersigned counsel, brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1. This is a civil forfeiture action against three real properties known as (a) **2049 Sykesville Road, Sykesville, Carroll County, Maryland 21784;** (b) **1203 Columbia Road, NW, Washington, D.C. 20009;** and (c) **6413 Allview Drive, Columbia, Howard County, Maryland 21046,** with all buildings, appurtenances, and improvements thereon, and also (d) one Deed of Trust and Security Agreement for real property located at 3421 14th Street, NW, Washington, D.C., hereinafter referred to collectively as "defendant property," which is property that constitutes or is derived from proceeds traceable to mail and wire fraud in violation of 18 U.S.C. sections 1341 and 1343, and is, therefore, forfeitable pursuant to 18 U.S.C. section 981(a)(1)(C), and which also is property that was involved in a transaction or attempted

1

transaction in violation of 18 U.S.C. sections 1956 and 1957, and is, therefore, forfeitable pursuant to 18 U.S.C. section 981(a)(1)(A).

## JURISDICTION AND VENUE

2. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. section 1345, over an action for forfeiture under 28 U.S.C. section 1355(a), and over this particular action under 18 U.S.C. section 981.

3. Venue is proper in this district pursuant to 28 U.S.C. section 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to 28 U.S.C. section 1395 because two of the three defendant real properties are located in this district.

4. (a) Land records for **Carroll County** indicate that the defendant real property **2049 Sykesville Road, Sykesville, Carroll County, Maryland 21784**, is owned by Rolf W. Ramelmeier and Maralyn A. Ramelmeier. (b) Land records for Washington, D.C. indicate that the defendant real property **1203 Columbia Road, NW, Washington, D.C. 20009**, is owned by Rolf Ramelmeier. (c) Land records for **Howard County** indicate that the defendant real property located at **6413 Allview Drive, Columbia, Howard County, Maryland 21046**, is owned by RCX Inc. (d) Based on information and belief, the Deed of Trust and Security Agreement for real property located at 3421 14th Street, NW, Washington, D.C., is owned by Equity Assistance Inc.

## BASIS FOR THE FORFEITURE

5. The Defendant Property is property that constitutes or is derived from proceeds traceable to mail and wire fraud in violation of 18 U.S.C. sections 1341 and 1343, and is, therefore, forfeitable pursuant to 18 U.S.C. section 981(a)(1)(C), and also is property that was

involved in a transaction or attempted transaction in violation of 18 U.S.C. sections 1956 and 1957, and is, therefore, forfeitable pursuant to 18 U.S.C. section 981(a)(1)(A).

## FACTS

6. The forfeiture is based upon, but not limited to, the evidence outlined in the attached Affidavit of Special Agent Jason C. Bender, Federal Bureau of Investigation, which is incorporated herein by reference.

**WHEREFORE**, the plaintiff prays as follows:

1. That any persons having an interest in the above-described defendant property be cited to appear herein and answer the Complaint;

2. That the United States Marshals Service be authorized to post notice of the pendency of this civil forfeiture case at the defendant property;

3. That Judgment of Forfeiture be decreed against the defendant property;

4. That upon Final Decree of Forfeiture, the United States Marshals Service dispose of the defendant property according to law; and

5. That the plaintiff have such other and further relief as the case may require.

Respectfully submitted,
Rod J. Rosenstein
United States Attorney

December 3, 2014

/s/ Richard C. Kay

Richard C. Kay
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4850
Bar No. 06766